IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| UNITED STATES OF AMERICA | * | |
|---|---|---|
| | * | |
| v. | * | 1:13-CR-056 |
| | * | |
| JESSE JEFFERSON FLOURNOY, III | * | |
| | * | |

O R D E R

On October 23, 2014, Defendant Jesse Jefferson Flournoy filed a Motion for Out of Time Appeal in which he contended his counsel failed to file an appeal upon conviction despite his instruction to do so. (Doc. 124.) There was no ground under either Federal Rule of Appellate Procedure 4(b)(1)(A) or 4(b)(4), however, for this Court to grant Defendant's motion. (See Doc. 126.) Instead, as Defendant's motion ultimately attacked the validity of his underlying trial and/or federal sentence on the ground of ineffective assistance of counsel, the Court notified Defendant of its intent to recharacterize the motion as one under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. (Id.) Now, in accordance with the Court's Castro warning, Defendant timely moves to withdraw his Motion for Out of Time Appeal. (Doc. 127.)

The Court hereby **GRANTS** Defendant's Motion to Withdraw (Doc. 127) and **DIRECTS** the Clerk to **TERMINATE** Defendant's Motion for Out of Time Appeal (Doc. 124).

**ORDER ENTERED** at Augusta, Georgia, this 5th day of January, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA