IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | DOCKET NO. CR113-00056-001 |
| | ) | |
| Jesse Jefferson Flournoy, III, | ) | |
| | ) | |

## ORDER

The United States Attorney for the Southern District of Georgia has now filed a motion for reduction of sentence pursuant to Federal Rules of Criminal Procedure 35(b). On June 12, 2014, the Court sentenced the Defendant to a total of one-hundred-forty-eight (148) months custody of the Bureau of Prisons. This sentence consisted of terms of 52 months as to each of Counts 1 through 14, to be served concurrently with each other but consecutively to the twenty-four (24) month terms imposed as to each of Counts 15 through 18, and twenty-four (24) month terms as to each of Counts 19 through 22, which are to be served concurrently with Counts 15 through 18, but consecutively to all other counts. The Court also imposed a term of three (3) years supervised release as to each of Counts 1 through 14 and one (1) year supervised release as to each of Counts 15 through 22, all to be served concurrently, $450,465.52 restitution, and a $2,200 special assessment.

Upon receiving the current motion, the Court heard from both the Government's attorney and defense counsel on the Defendant's substantial assistance. All relevant issues and information were discussed, and the Court found no need for the Defendant to be present for a hearing on the matter.

After reviewing the motion and upon advice from the United States Probation Office, the Government's motion for a reduction of the sentence of imprisonment is hereby **GRANTED**.

It is the judgment of this Court that the sentence of imprisonment imposed on June 12, 2014, is hereby reduced from a total term of one-hundred- forty-eight (148) months to a total term of one-hundred-twenty-six (126) months. This reduced term consists of terms of 30 months as to each of Counts 1 through 14, to be served concurrently with each other but consecutively to the 24 month terms imposed as to each of Counts 15 through 18, and 24 month terms as to each of Counts 19 through 22, which are to be served concurrently with Counts 15 through 18, but consecutively to all other counts to the extent necessary to produce a total term of 126 months confinement. All other terms shall remain in effect as originally imposed on June 12, 2014.

SO ORDERED this 5th day of November, 2015.

J. Randal Hall
United States District Judge